## HILLERBY v. STATE.

### No. 21714.

Court of Criminal Appeals of Texas.

Nov. 5, 1941.

Nat Gentry, Jr., of Tyler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The conviction is for operating an automobile on a public highway while intoxicated; the punishment, a fine of $250 and ninety days in jail.

The record is before us without statement of facts or bills of exception. The appellant pleaded guilty. The indictment is sufficient.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.